## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLORADO

Civil Action No. 15-cv-01406-MJK-KLM

LITTLE TURTLE HOME OWNERS ASSOCIATION, INC.,

    Plaintiff,

v.

ALTERRA EXCESS & SURPLUS INSURANCE COMPANY,

    Defendant.

---

## STIPULATED ORDER

## ENTERED BY MAGISTRATE JUDGE KRISTEN L. MIX

The production of privileged or work-product protected documents, electronically stored information ("ESI") or information, whether inadvertently or otherwise, is not a waiver of the privilege or protection from discovery in this case or in any other federal or state proceeding. This Stipulated Order shall be interpreted to provide the maximum protection allowed by Federal Rule of Evidence 502(d).

Nothing contained herein is intended to or shall serve to limit a party's right to conduct a review of documents, ESI or information (including metadata) for relevance, responsiveness and/or segregation of privileged and/or protected information before production.

| | |
|---|---|
| LEVINE LAW, LLC | COZEN O'CONNOR |
| *s/ Jordan S. Levine* | *s/ Christopher S. Clemensen* |
| *s/ Andrew J. Phillips* | *s/ Cozen O'Conner* |
| Jordan Levine, Esq. #23877 | Christopher S. Clemenson, #34423 |
| Andrew J. Phillips, Esq. #40283 | Neema J. Kassaii, #45140 |
| 4500 Cherry Creek Drive South, Suite 400 | 707 – 17th Street, Suite 3100 |
| Denver, CO 80246 | Denver, CO 80202 |
| (303) 333-8000 | (720) 479-3900 |
| *Attorney for Plaintiff* | *Attorneys for Defendants* |

**SO ORDERED**

Dated: _October 2, 2015_

Hon. Kristen L. Mix
United States Magistrate Judge